## ELEUTHERE IRENEE DU PONT AND VICTOR DU PONT v. PETER BAUDUY and ALEXANDER DECHAPELLE.

Court of Chancery. New Castle.

Account begins, *Ridgely's Notebook IV, 25.*